UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA SMITH, an individual, | No. 2:21-cv-00284-RSM |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME** |
| v. | |
| LEROY KEITH, individually, PETE BUTTIGIEG, U.S. Secretary of Transportation, DEPARTMENT OF TRANSPORTATION (FEDERAL AVIATION ADMINISTRATION); | |
| Defendants. | |

THIS MATTER came before the court on Plaintiff's Motion for Extension of Time. Defendant Leroy Keith, the only defendant to have appeared, has not opposed the motion. Having reviewed the filings and materials in this matter, the court finds that Plaintiff's Motion for Extension of Time is hereby GRANTED. A Joint Status Report shall be filed in this action no later than June 14, 2021.

IT IS SO ORDERED.

DATED this 17th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME - 1